ORDER UNSEALING INDICTMENT

Case Number: 00-4030-01-03-CR-C-SOW

Per oral motion by the USA, it is ordered that this case be unsealed.

William A. Knox
U.S. Magistrate Judge

10/24/07
Date